IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**WALLACE T. RUTHERFORD, JR.,**         3:15-cv-00476-SB

        **Plaintiff,**                 ORDER

v.

**COMMISSIONER SOCIAL SECURITY ADMINISTRATION,**

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation (#11) on July 8, 2015, in which she recommends this Court deny Plaintiff's Motion (#10) for Appointment of Pro Bono Counsel and pursuant to 28 U.S.C. § 1915(e)(2)(B) dismiss Plaintiff's Complaint (#1) without prejudice and with leave to amend no later than October 8, 2015. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#11).  Accordingly, the Court **DENIES** Plaintiff's Motion (#10) for Appointment of *Pro Bono* counsel with leave to renew after the filing of any amended complaint for further proceedings before the Magistrate Judge.  The Court also **DISMISSES** Plaintiff's Complaint (#1) **without prejudice** and with leave to amend no later than **October 9, 2015**.

IT IS SO ORDERED.

DATED this 10th day of September, 2015.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER